United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MALACHOWSKI,<br><br>  Plaintiff,<br><br>v.<br><br>ROMONA A. DOHENY,<br><br>  Defendant. | Case No. 21-cv-05751-JD<br><br>**ORDER RE REPORT AND RECOMMENDATION** |

Plaintiff Mark Malachowski, an attorney, sued his former client, defendant Romona Doheny, for unpaid legal services. Dkt. No. 16. The case went through a number of service issues, and culminated in a report and recommendation by a magistrate judge for entry of a default judgement in favor of Malachowski in the amount of $30,907.50, with prejudgment interest of ten percent per annum from July 27, 2021 to the date of judgment, and $4,178.31 in costs. *See* Dkt. No. 54. Malachowski did not object to the report and recommendation, and served a copy of it on Doheny. Dkt. No. 58. Doheny also did not object, and has otherwise not participated in the case. The deadline to object to the report has passed.

After an independent review of the record, the Court adopts the report and recommendation. A judgment in the recommended amounts will be entered separately.

**IT IS SO ORDERED.**

Dated: October 13, 2023

_____
JAMES DONATO
United States District Judge